UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREEN MOUNTAIN HOLDINGS (CAYMAN) LTD.,     Case No.: 21-cv-00574

                              Plaintiff,

               -against -

LA HACIENDA BUFEIS LLC; MARIA SIMON; HARRY SIMON; "JOHN DOE" AND "JANE DOE", the last two names being fictitious, said parties intended being tenants or occupants, if any having or claiming an interest in or lien upon, the premises described in the complaint.

Defendants,
------------------------------------------------------------------X

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that upon the Declaration of Danielle P. Esq., Esq. dated March 24, 2021 with Exhibits annexed thereto, the Affidavit of Yonel Devico sworn to on March 24, 2021 with Exhibits annexed thereto, the Memorandum of Law in Support dated March 24, 2021, the Summons, Complaint, and upon all the papers filed and proceedings that are part of the record, the undersigned submits this motion, before this Court, the Honorable Judge Eric N. Vitaliano presiding at the United States District Court Eastern District of New York located at 225 Cadman Plaza East Brooklyn, NY 11201 for an order:

(a) Appointing a receiver to collect rent from the subject property on behalf of the Plaintiff; and

(b) granting such other and further relief to Plaintiff as this Court may deem just and proper.

Dated: New York, New York
      March 24, 2021                                    **HASBANI & LIGHT, P.C.**

                                                        */s/ Danielle P. Light*
                                                        Danielle P. Light, Esq.

2

450 Seventh Avenue, Suite 1408
New York, New York 10123
(212) 643-6677
dlight@hasbanilight.com
*Counsel For Plaintiff, Green Mountain Holdings (Cayman) Ltd*

To:

**VIA CM/ECF AND U.S. MAIL**
Erin E. Wietecha, Esq.
170 Old Country Road, Suite 505
Mineola, NY 11501
(347) 305-1766
erin@wietechalaw.com
*Counsel for Defendants, La Hacienda Bufeis LLC, Maria Simon and Harry Simon*