UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GREEN MOUNTAIN HOLDINGS (CAYMAN) LTD.,   Case No.: 21-cv-00574

                            Plaintiff,

                         -against -

LA HACIENDA BUFEIS LLC; MARIA SIMON; HARRY SIMON; "JOHN DOE" AND "JANE DOE", the last two names being fictitious, said parties intended being tenants or occupants, if any having or claiming an interst in or lien upon, the premises described in the complaint.

                            Defendants,

-------------------------------------------------------------------X

## DECLARATION OF DANIELLE P. LIGHT, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT RECIEVER

I, Danielle P. Light, declare as follows:

1. I am an attorney of the Bar of this Court and associated with Hasbani & Light, P.C., counsel for the Plaintiff, Green Mountain Holdings (Cayman) Ltd., (the "Plaintiff") in the above-captioned action. I am fully familiar with the facts set forth herein. I am not a party to this action. I submit this Declaration in Support of Plaintiff's Motion to Appoint a Receiver, pursuant to Federal Rule of Civil Procedure Rule 66, for an order (a) Appointing a receiver to collect rent from the subject property on behalf of the Plaintiff and (b) granting such other and further relief to Plaintiff as this Court may deem just and proper.

2. A copy of the Note executed by defendant, La Hacienda Bufeis, LLC is annexed hereto as **Exhibit A**.

3. A copy of the Mortgage executed by defendant, La Hacienda Bufeis, LLC is annexed hereto as **Exhibit B**.

4. the Complaint for this instant action is annexed hereto as **Exhibit C**.

5. A copy of defendants La Hacienda Bufeis, LLC, Maria Simon and Harry Simon's Answer is annexed hereto as **Exhibit D**.

Dated: New York, New York
      March 24, 2021                            **HASBANI & LIGHT, P.C.**

                                                      */s/ Danielle P. Light*
                                                      Danielle P. Light, Esq.
                                                      450 Seventh Avenue, Suite 1408
                                                      New York, New York 10123
                                                      (212) 643-6677
                                                      dlight@hasbanilight.com
                                                      *Counsel for Plaintiff, Green Mountain*
                                                      *Holdings (Cayman) Ltd.,*