UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GREEN MOUNTAIN HOLDINGS (CAYMAN) LTD.,

                                                         Plaintiff        Case No.: 21-cv-00574

-AGAINST-

LA HACIENDA BUFEIS, LLC; MARIA SIMON;
HARRY SIMON; HARRY SIMON; "JOHN DOE" and
"JANE DOE", the last two names being fictitious, said
parties intended being tenants or occupants, if any,
having or claiming an interest in, or lien upon, the
premises described in the complaint,
                                                 Defendants.

-----------------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT RECIEVER

STATE OF FLORIDA      )
                                 )    ss.:
COUNTY OF DADE      )

      I, Yonel Devico, being duly sworn deposes and swears:

      1.      I am a duly authorized representative and Vice President of the Plaintiff, Green Mountain Holdings (Cayman) Ltd., (the "Plaintiff" or "Green Mountain").

      2.      I make this Affidavit in support of Plaintiff's Motion to Appoint Receiver in the above-captioned matter.

      3.      In preparation of this Affidavit, I reviewed business records related to the Subject Loan identified as follows:

      Borrower: La Hacienda Bufeis, LLC

      Property Address: 41-63 55th Street Woodside, New York 11377 (the "Property")

1

4. I am a member of Green Mountain and have access to and regularly access Green Mountain's business records involving mortgage loans owned and/or serviced by it, including the Subject Loan.

5. In the regular performance of my job functions, am familiar with business records maintained by Green Mountain. These records (which include, but are not limited to, data compilations, electronically imaged documents, and others) are made at or near the time of events or activities reflected in such records by, or from information provided by, persons with knowledge of the activities and the transactions reflected in such records and are kept in the ordinary course of business activity conducted regularly by Green Mountain (the "Business Records"). I am also familiar with Green Mountain's office practices and procedures. It is the regular practice of Green Mountain's business to create and maintain these records.

6. Furthermore, it is in Green Mountain's ordinary course of business to communicate with its predecessors-in-interest to obtain information, data and records regarding the Subject Loan and to rely on that information, data and records and to incorporate those records into the Business Records for Green Mountain.

7. In connection with making this Affidavit, I personally examined Green Mountain's Business Records associated with the Subject Loan. As a result of this review, I know the facts set forth in this Affidavit based on my own personal knowledge and if called and sworn as a witness could competently testify thereto.

8. Green Mountain is the current owner and holder of the Mortgage and Note described in the Complaint. True and correct copies of the Note and Mortgage are annexed hereto respectively as **Exhibit A** and **Exhibit B**. The Note was physically transferred to Green Mountain prior to the commencement of this action.

9. This Subject Loan is due for the payment due on April 1, 2020, and no payment has been received to date despite demand. As of the date of this Affidavit, the unpaid principal balance of the Note and Mortgage is $558,609.75. The default interest rate as set forth in the Note at inception was 24.00% per annum. A copy of the Payoff Statement is annexed hereto as **Exhibit C**.

10. The Property's average as-is value is $ 1,180,000 according to a broker price report dated December 6, 2020. The average as-is value was obtained by adding the three estimated as-is value of the Property given by three different real estate agents and then dividing the sum by three. A copy of the broker price report is annex hereto as **Exhibit D**.

**WHEREFORE**, I respectfully request that the within motion be granted in all respects.

GREEN MOUNTAIN HOLDINGS(CAYMAN) LTD.,

Yonel Devico
Vice President

STATE OF FLORIDA )
) ss.
COUNTY OF DADE )

On MARCH 22, 2021, before me, MOTT KORNICKI, a Notary Public in and for said County and State, personally appeared YONEL DEVICO, who is **"CIRCLE ONE"** personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

[NOTARY SEAL]



Mott Marvin Kornicki
COMMISSION # GG265229
EXPIRES: Nov. 29, 2022
Bonded Thru Aaron Notary