

Danielle P. Light, Esq.

450 Seventh Ave, Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

June 25, 2021

**VIA CM/ECF**
Magistrate Judge Roanne. L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    Green Mountain Holdings(Cayman) Ltd. v. La Hacienda Bufeis LLC et. al.
             Case No.: 1:21-cv-00574

Dear Judge Mann,

Our office represents the Plaintiff, Green Mountain Holdings (Cayman) Ltd., ("Plaintiff"), in the above-referenced matter. Please allow this letter to serve as the joint status report regarding the discovery schedule, as ordered by your Honor on June 16, 2021.

The parties have agreed to the below discovery schedule:

*Date Of Completion For Factual Discovery:*

October 25, 2021.

*Depositions:*

Both parties reserve the right to depose one party and one non party. Depositions to be completed by September 15, 2021.

*Written Discovery:*

Both parties to complete written discovery by August 25, 2021.

*Post Deposition Written Discovery:*

To be completed by October 25, 2021.

*Maximum Number Of Requests For Admission:*

one for each party, if any, to be completed by October 25, 2021.

We apologize for the delay and thank the Court for its continued time and consideration.

                Respectfully,

                */s/ Danielle P. Light*